## MRS. FRANK L. HALTIWANGER v. CHARLOTTE AMUSEMENT COMPANY T/A CAROLINA THEATRE.

### (Filed 17 January 1964.)

APPEAL by plaintiff from *MacRae, S. J.,* 15 April 1963 Civil "B" Session of MECKLENBURG.

Civil action by plaintiff, a paying patron of defendant's theatre, to recover damages for personal injuries sustained by her when she fell in descending a stairway from the second floor of the theatre where the rest room was. She alleges that her fall and injuries were proximately caused by defendant's negligence in having the stairway inadequately lighted, in removing the carpet from the steps, and leaving a raised wooden strip on the front edge of each step, and in maintaining a fragile, inadequate, and unstable railing along the outer edge of the stairs.

Each party offered evidence in support of the allegations in her or its pleading.

The trial court submitted to the jury the customary issues in such cases of negligence, contributory negligence, and damages. The jury answered the first issue, as to whether plaintiff was injured by the negligence of defendant as alleged in the complaint, No.

From a judgment that plaintiff recover nothing from defendant and taxing her with the costs, she appeals.

*Barnes & Olive by W. Faison Barnes for plaintiff appellant.*

*Helms, Mulliss, McMillan & Johnston by E. Osborne Ayscue, Jr., for defendant appellee.*

PER CURIAM. Plaintiff's sole assignment of error brought forward and set out in her brief is the failure of the court to comply with the provisions of G.S. 1-180. The facts are not complicated. We have examined the charge in its entirety and sufficient prejudicial error has not been made to appear therein to justify a new trial.

The verdict and judgment below will be upheld.

No error.